Marjorie A. Elken, OSB No. 073368
mae@buckley-law.com
BUCKLEY LAW P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035
Telephone: 503-620-8900
Facsimile: 503-620-4878

Damond R. Mace, *pro hac vice*
Sean L. McGrane, *pro hac vice*
Marissa Black, *pro hac vice*
damond.mace@squirepb.com
sean.mcgrane@squirepb.com
marissa.black@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: 216-479-8500
Facsimile: 216-479-8780

*Of Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAT SOLUTIONS, LLC, | Case No. 3:22-CV-00088-IM |
| Plaintiff, | |
| v. | **DAT SOLUTIONS, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| CONVOY, INC., | |
| Defendant. | |

PAGE 1 – DAT SOLUTIONS, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Plaintiff DAT Solutions, LLC ("DAT") hereby submits the following corporate disclosure statement:

DAT is a Delaware limited liability company. DAT's sole member, TransCore CNUS, Inc. ("TransCore"), is a Delaware corporation whose principal place of business is Hummelstown, Pennsylvania.

TransCore's parent company is Roper Technologies, Inc., a publicly-traded company.

DATED: February 7, 2022.

BUCKLEY LAW P.C.

By: */s/ Marjorie A. Elken*
    Marjorie A. Elken, OSB No. 073368
    mae@buckley-law.com
    5300 Meadows Road, Suite 200
    Lake Oswego, OR 97035
    Telephone: 503-620-8900
    Facsimile: 503-620-4878

    Damond R. Mace, pro hac vice
    Sean L. McGrane, pro hac vice
    Marissa Black, pro hac vice
    damond.mace@squirepb.com
    sean.mcgrane@squirepb.com
    marissa.black@squirepb.com
    SQUIRE PATTON BOGGS (US) LLP
    4900 Key Tower
    127 Public Square
    Cleveland, OH 44114
    Telephone: 216-479-8500
    Facsimile: 216-479-8780

    *Attorneys for Plaintiff DAT Solutions, LLC*

CERTIFICATE OF SERVICE

I certify that I served or caused to be served a full, true, and complete copy of the foregoing **DAT SOLUTIONS, LLC'S CORPORATE DISCLOSURE STATEMENT** on the party or parties listed below as follows:

> Convoy, Inc.
> c/o Dan Lewis
> 1301 2nd Avenue, Suite 1300
> Seattle, WA 98101
>
> Convoy, Inc.
> c/o National Registered Agents, Inc.
> 1209 Orange Street,
> Wilmington, DE 19801
>
> *Defendant*

☒    by **MAILING** in a sealed, postage-paid envelope, addressed as shown above, and deposited with the U.S. Postal Service at Lake Oswego, Oregon, on the date set forth below;

☐    by **EMAILING** to the email address set forth above on the date set forth below;

☐    by **ELECTRONIC SERVICE** through the CM/ECF system, on the date set forth below.

DATED: February 7, 2022.

                                    BUCKLEY LAW P.C.

                                    By:  */s/ Marjorie A. Elken*
                                            Marjorie A. Elken, OSB No. 073368
                                            mae@buckley-law.com
                                            *Of Attorneys for Plaintiff*