# Exhibit 3

FILED UNDER SEAL PURSUANT TO PARAGRAPH 6 OF THE STIPULATED PROTECTIVE ORDER, DKT. 34