# DAT RateView — National Account RateView Service Addendum

| | | | |
|---|---|---|---|
| Sales Rep: David Peckman | Phone: (800) 547-5417 x 515 | Fax: (503) 574-105 | Email: david.peckman@dat.com |
| Customer Name: Convoy Inc | Primary Contact: Brian Kreiner | | IT/Data Contact: 0 |
| Customer Address: 1700 7th Ave Ste 116 #287 | Phone: - | | Phone: - |
| City: Seattle | Fax: - | | Fax: - |
| State: WA  ZIP: 98101  Acct ID: 203802 | Email: briank@convoy.com | | Email: 0 |
| OFFER DATE: 9/21/2018 | This quote is valid for 30 days from the Offer Date. | | |

## Service Selection

Combo Premium — **Bundle**
20,000 Bulk Lanes - Add'l lanes $.02 per lane.
Exclusive - Contributor
Volume Commitment: **All** Loads Per Month

Additional Lanes: **0** x 5,000 Bulk Lanes at **$85.00** Per 5,000 Bulk Lanes
Total for Additional Lanes: **$0.00**

Additional Seats: **0** Seats at **$45.00** per seat. Total for add'l seats: **$0.00**

Total Monthly Fee: **Bundle**

Service Start Date: 11/7/2018 | 4:08 PM PST

## Service Features

DAT Solution, LLC's RateView Service ("Service") uses the most current industry data to provide accurate, recently transacted rates on the spot and contract freight markets. In exchange for a monthly fee, DAT Solutions, LLC ("DAT") shall provide Customer with the Service.

The parties agree as follows:

**1. Exclusive Usage:**

Exclusivity. To benefit from the pricing set forth herein, Customer must be exclusive with DAT and shall not contribute data to any other service which aggregates data for purposes of providing trucking lane rates and is deemed a competitive service by DAT.

**2. Contributor:**

Data Contributor. Customer must contribute data upon rate confirmation on at least a daily basis on all lane rates for which Customer pays or is paid. By contributing data, Customer authorizes DAT to utilize Customer's rate data, in an aggregated and anonymized form, in its rate and data analytics products. If Customer utilizes a TMS provider, Customer authorizes its TMS Provider, including but not limited to TMW, Aljex, McLeod, to deliver its rate data to DAT in a format/template provided by DAT. DAT has agreements with such TMS provider(s) to collect rate data utilizing machine processes that do not require human intervention. Customer may at any time upon written notice, direct its TMS provider to stop sending its rate data to DAT. In such case, all contribution obligations shall remain with Customer. Customer certifies all data supplied is true and accurate. Any rates that, due to specialized or unique circumstances, do not reflect a competitive market rate should be excluded by Customer from its submissions.

If Customer (a) fails to start daily data contribution within thirty (30) days of the Start Date noted above or (b) does not achieve the Volume Commitment or (c) stops contributing rates for a period of five (5) or more business days, or (d) does not submit all fields necessary to receive all product functionality as defined by DAT ("Required" fields), DAT may upon written notice increase the monthly fee or terminate the Service.

**3. Data Confidentiality/Disclaimer:**

Customer's data will be handled by DAT in a highly secure manner. DAT will not disclose Customer rates. Customer's data will always be blended with other data contributors. Multiple sources of input data will always be used so that no result has fewer than three (3) independent sources.

**4. Confidentiality of DAT Rate Information:**

Customer shall treat all rate or market information provided by DAT as confidential. Customer will not use DAT rate information or other proprietary product information to develop a competitive lane rate product or provide DAT rate or product/service information to any company considered by DAT to be a competitor. Customer shall not attempt to mine or replicate the rate database in order to compete with DAT. Customer may use bulk download capability for internal purposes. Customer may not replicate/resell data or files structures received from DAT. Confidentiality requirements shall survive termination of any/all agreements/addendums.

**5. Notices:**

DAT reserves the right to provide notice of cancelation of the Service to Customer for any misuse or suspected misuse.

**6. Term/Termination:**

Upon signature, Customer shall be bound by these terms effective on the Service Start Date above. The initial term shall be for one (1) year from Service Start Date; renewing automatically for successive one year terms unless written notice to terminate has been provided no less than thirty (30) days prior to the annual renewal date. Upon contract renewal, DAT shall have the right to increase subscription and/or seat pricing by not more than 7%.

Memo: 2018 NA Agreement Bundle includes unlimited RateView Premium seat licenses and 400,000 bulk lane rates.
New users added through acquisition, as outlined in Section 2 of the Pricing Supplement, shall be $45/mo per user.

**BY SIGNATURE BELOW THE PARTIES AGREE TO BE BOUND BY THE TERMS AND CONDITIONS above.** In case of any conflict between the National Account Agreement, the terms and conditions of the National Account Agreement shall prevail.

| Customer Signature: Brian Kreiner | DAT Signature: Mike Weaver |
|---|---|
| Print Name/Title: Brian Kreiner | Print Name/Title: Mike Weaver, Director of Enterprise Sales |
| Date: 11/7/2018 | 4:08 PM PST | Date: 11/8/2018 | 12:25 PM PST |

Exhibit 4
Page 1 of 1