Marjorie A. Elken, OSB No. 073368
MAE@buckley-law.com
Buckley Law P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035
Telephone: +1 503 620 8900
Facsimile: +1 503 620 4878

and

Damond R. Mace (admitted *pro hac vice*)
Sean L. McGrane (admitted *pro hac vice*)
Marissa Black (admitted *pro hac vice*)
damond.mace@squirepb.com
sean.mcgrane@squirepb.com
marissa.black@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: +1 216 479 8500
Facsimile: +1 216 479 8780

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAT SOLUTIONS, LLC, | Case No.: 3:22-CV-00088-IM |
| Plaintiff, | |
| v. | DAT SOLUTIONS, LLC'S NOTICE OF COMPLIANCE WITH COURT ORDER |
| CONVOY, INC., | |
| Defendant. | |

Plaintiff DAT Solutions, LLC, hereby states that on September 27, 2022, it served its Trade Secret Identification upon Defendant Convoy, Inc., pursuant to this Court's orders dated August 8, 2022 (ECF No. 56) and September 23, 2022 (ECF No. 61).

DATED this 5th day of October 2022.

BUCKLEY LAW P.C.

By: _/s/ Marjorie A. Elken_

Marjorie A. Elken, OSB No. 073368
mae@buckley-law.com
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035
Telephone: 503-620-8900
Facsimile: 503-620-4878

Damond R. Mace (*pro hac vice*)
Sean L. McGrane (*pro hac vice*)
Marissa Black (*pro hac vice*)
damond.mace@squirepb.com
sean.mcgrane@squirepb.com
marissa.black@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: 216-479-8500
Facsimile: 216-479-8780

*Attorneys for Plaintiff DAT Solutions, LLC*

## CERTIFICATE OF SERVICE

I certify that I served or caused to be served a full, true, and complete copy of the foregoing

**NOTICE OF COMPLIANCE** on the party or parties listed below as follows:

Per A. Ramfjord
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
per.ramfjord@stoel.com

*Attorneys for Defendant*

Jason B. Mollick
Praatika Prasad
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
jmollick@wsgr.com
pprasad@wsgr.com

*Attorneys for Defendant*

Amy H. Candido
Charles Tait Graves
Jordan R. Jaffe
Jordan A. Nelson
Justina Sessions
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
acandido@wsgr.com
tgraves@wsgr.com
jjaffe@wsgr.com
jordan.nelson@wsgr.com

*Attorneys for Defendant*

☐     by **MAILING** in a sealed, postage-paid envelope, addressed as shown above, and deposited with the U.S. Postal Service at Lake Oswego, Oregon, on the date set forth below;

☐     by **EMAILING** to the email address set forth above on the date set forth below;

☒     by **ELECTRONIC SERVICE** through the CM/ECF system, on the date set forth below.

DATED:      October 5, 2022.

BUCKLEY LAW P.C.

By:    */s/ Marjorie A. Elken*
       Marjorie A. Elken, OSB No. 073368
       mae@buckley-law.com
       *Attorneys for Plaintiff*