Marjorie A. Elken, OSB No. 073368
melken@dunncarney.com
Joseph W. Carlisle, OSB No. 152602
jcarlisle@dunncarney.com
DUNN CARNEY HIGGINS ALLEN & TONGUE LLP
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
Telephone: 503.224.6440
Facsimile: 503.224.7324

Damond R. Mace, *pro hac vice*
Sean L. McGrane, *pro hac vice*
damond.mace@squirepb.com
sean.mcgrane@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: 216-479-8500
Facsimile: 216-479-8780

*Attorneys for Plaintiff DAT Solutions, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAT SOLUTIONS, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>CONVOY, INC.,<br><br>   Defendant. | Case No. 3:22-CV-00088-IM<br><br>**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF DAT SOLUTIONS, LLC** |

Joseph W. Carlisle hereby respectfully enters his appearance as counsel for Plaintiff DAT Solutions, LLC together with Marjorie A. Elken and the law firm of Dunn Carney Allen Higgins & Tongue LLP and Damond R. Mace and Sean McGrane with the law firm of Squire Patton Boggs (US) LLP.

All further correspondence, pleadings and telephone communications should be directed to Marjorie A. Elken, Joseph W. Carlisle, Damond R. Mace and Sean McGrane.

DATED: May 25, 2023.

DUNN CARNEY HIGGINS ALLEN & TONGUE LLP

By: */s/ Joseph W. Carlisle*
Marjorie A. Elken, OSB No. 073368
melken@dunncarney.com
Joseph W. Carlisle, OSB No. 152602
jcarlisle@dunncarney.com
Telephone: 503.224.6440
Facsimile: 503.224.7324

SQUIRE PATTON BOGGS (US) LLP
Damond R. Mace, pro hac vice
Sean L. McGrane, pro hac vice
damond.mace@squirepb.com
sean.mcgrane@squirepb.com
Telephone: 216-479-8500
Facsimile: 216-479-8780

*Attorneys for Plaintiff DAT Solutions, LLC*

# CERTIFICATE OF SERVICE

I certify that I served or caused to be served a full, true, and complete copy of the foregoing **NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF DAT SOLUTIONS, LLC** on the party or parties listed below as follows:

Per A. Ramfjord
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
per.ramfjord@stoel.com

*Attorneys for Defendant*

Jason B. Mollick
Praatika Prasad
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
jmollick@wsgr.com
pprasad@wsgr.com

*Attorneys for Defendant*

Amy H. Candido
Charles Tait Graves
Jordan R. Jaffe
Jordan A. Nelson
Justina Sessions
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
acandido@wsgr.com
tgraves@wsgr.com
jjaffe@wsgr.com
jordan.nelson@wsgr.com

*Attorneys for Defendant*

☐  by **MAILING** in a sealed, postage-paid envelope, addressed as shown above, and deposited with the U.S. Postal Service at Portland, Oregon, on the date set forth below;

☒  by **EMAILING** to the email address set forth above on the date set forth below;

☒  by **ELECTRONIC SERVICE** through the CM/ECF system, on the date set forth below.

DATED: May 25, 2023.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

By: */s/Joseph W. Carlisle*
Marjorie A. Elken, OSB No. 073368
melken@dunncarney.com
Joseph W. Carlisle, OSB No. 152602
jcarlisle@dunncarney.com

PAGE 1 – Certificate of Service
DCAPDX\4724030.v1