| | |
|---|---|
| PER A. RAMFJORD<br>STOEL RIVES LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR  97205<br>Telephone:   503.224.3380<br>Facsimile:    503.220.2480<br>Email:            per.ramfjord@stoel.com | MARJORIE A. ELKEN<br>JOSEPH W. CARLISLE<br>DUNN CARNEY LLP<br>851 SW 6TH Ave., #1500<br>Portland, OR  97204<br>Telephone:   503.224.6440<br>Facsimile:    503.224.7324<br>Email:            MElken@dunncarney.com<br>                       JCarlisle@dunncarney.com |
| AMY CANDIDO (*pro hac vice*)<br>CHARLES T. GRAVES (*pro hac vice*)<br>JORDAN JAFFE (*pro hac vice*)<br>WILSON SONSINI GOODRICH &<br>ROSATI, Professional Corporation<br>1 Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA  94105-1126<br>Telephone:   415.947.2000<br>Facsimile:    415.947.2099<br>Email:            acandido@wsgr.com<br>                       tgraves@wsgr.com<br>                       jjaffe@wsgr.com | DAMOND R. MACE (*pro hac vice*)<br>SEAN L. McGRANE (*pro hac vice*)<br>SQUIRE PATTON BOGGS (US) LLP<br>1000 Key Tower<br>127 Public Square<br>Cleveland, OH  44114<br>Telephone:   216.479.8500<br>Facsimile:    216.479.8780<br>Email:            damond.mace@squirepb.com<br>                       sean.mcgrane@squirepb.com |
| Attorneys for Defendant<br>CONVOY, INC. | Attorneys for Plaintiff<br>DAT SOLUTIONS, LLC |

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAT SOLUTIONS, LLC,<br><br>            Plaintiff/Counter-Defendant,<br><br>     v.<br><br>CONVOY, INC.,<br><br>            Defendant/Counter-Claimant | Case No.: 3:22-cv-00088-IM<br><br>PLAINTIFF DAT SOLUTIONS, LLC AND DEFENDANT CONVOY, INC.'S NOTICE OF JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Page 1    -    PLAINTIFF DAT SOLUTIONS, LLC AND DEFENDANT CONVOY, INC.'S NOTICE OF JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff DAT Solutions, LLC and Defendant Convoy, Inc. have agreed to dismiss with prejudice all claims, amended claims, and counterclaims asserted in this action.

Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees in this action.

IT IS SO STIPULATED this 17th day of July, 2023.

| SQUIRE PATTON BOGGS (US) LLP | STOEL RIVES LLP |
|---|---|
| *s/ Sean L. McGrane*<br>SEAN L. MCGRANE (*pro hac vice*)<br>sean.mcgrane@squirepb.com<br>DAMOND R. MACE (*pro hac vice*)<br>damond.mace@squirepb.com<br>Telephone: (216) 479-8500<br><br>and<br><br>Marjorie A. Elken, OSB No. 073368<br>Joseph W. Carlisle, OSB No. 152602<br>DUNN CARNEY LLP<br>851 SW Sixth Avenue, Suite 1500<br>Portland, OR 97204<br>Telephone: (503) 224-6440<br><br>Attorneys for Plaintiff | *s/ Per A. Ramfjord*<br>PER A. RAMFJORD, OSB No. 934024<br>per.ramfjord@stoel.com<br>Telephone: (503) 224-3380<br><br>and<br><br>Amy Candido (*pro hac vice*)<br>acandido@wsgr.com<br>Charles Tait Graves (*pro hac vice*)<br>tgraves@wsgr.com<br>Jordan Jaffe (*pro hac vice*)<br>jjaffe@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone: (415) 947-2000<br><br>Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Notice of Joint Stipulation of Voluntary Dismissal with Prejudice on the following named persons by email:

Per A. Ramfjord
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
per.ramfjord@stoel.com

*Attorneys for Convoy, Inc.*

Jason B. Mollick
Praatika Prasad
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
jmollick@wsgr.com
pprasad@wsgr.com

*Attorneys for Convoy, Inc.*

Amy H. Candido
Charles Tait Graves
Jordan R. Jaffe
Jordan A. Nelson
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
acandido@wsgr.com
tgraves@wsgr.com
jjaffe@wsgr.com
jordan.nelson@wsgr.com

*Attorneys for Convoy, Inc.*

DATED: July 17, 2023

SQUIRE PATTON BOGGS (US) LLP

*/s/ Sean L. McGrane*
Sean L. McGrane
sean.mcgrane@squirepb.com
Telephone: +1 216 479 8500

Attorney for DAT Solutions, LLC